ATTORNEY GRIEVANCE COMM'N &ast;    IN THE
OF MARYLAND                COURT OF APPEALS
                                &ast;    OF MARYLAND

       Petitioner,

                                &ast;    Misc. Docket AG No. 36

       v.

                                &ast;    September Term, 2018

Ivan Yacub

                                &ast;

       Respondent.

                                &ast;

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent

filed by the Attorney Grievance Commission of Maryland and the Respondent, Ivan

Yacub. The Court having considered the Joint Petition and the record herein, it is this 12th

day of  December  , 2018;

ORDERED, that the Respondent, Ivan Yacub, be and hereby is REPRIMANDED

for violating Rule 1.15 of the Maryland Lawyers' Rules of Professional Conduct.


                                /s/ Mary Ellen Barbera

                                Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document " authentic.



Suzanne C. Johnson, Acting Clerk